IN THE SUPREME COURT OF THE STATE OF DELAWARE

NA-QUAN LEWIS,                              §
                                           § No. 314, 2025
        Defendant Below,                   §
        Appellant,                         § Court Below–Court of Common
                                           § Pleas of the State of Delaware
        v.                                 §
                                           § Cr. ID No. 2410014146 (N)
STATE OF DELAWARE,                         §
                                           §
        Appellee.                          §
                                           §

Submitted: July 22, 2025
Decided:   July 28, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)    On July 17, 2025, the appellant, Na-Quan Lewis, filed a notice of appeal in this Court, purporting to appeal a June 24, 2025 Superior Court order issued by Court of Common Pleas Judge Danberg in Criminal Case Number 2410014146. Lewis did not attach the June 24 order to the notice of appeal, and there is no appealable order associated with Lewis's name on the either the Court of Common Pleas or the Superior Court docket. The Clerk of the Court therefore issued a notice directing Lewis to show cause why his appeal should not be dismissed for

his failure to identify an order that is subject to appellate review under Supreme Court Rule 6.

(2)     In his response to the notice to show cause, Lewis acknowledges that he is attempting to appeal a Court of Common Pleas order in Criminal Case Number 2410014146—presumably, his May 9, 2025 sentence for noncompliance with bond conditions.   This Court has no jurisdiction under the Delaware Constitution to consider an appeal directly from the Court of Common Pleas.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal be DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] Del. Const. art. IV, § 11(a).  The Court of Common Pleas docket reflects that Lewis immediately (and properly) filed a notice of appeal with the Superior Court. *See* Del. C.C.P. Crim. R. 37(a) (an appeal from a Court of Common Pleas criminal sentence is to the Superior Court).